**Fraserview Remanufacturing Inc. v. United States *et al***
**(Court No. 22-00244)**

# Exhibit 1
**Commerce Message No. 7240307 (August 28, 2017)**

**MESSAGE NO.**

**MESSAGE DATE**

**STATUS**

**INACTIVATED DATE**

**TYPE**

**FR CITE**

**SUB-TYPE**

**FR DATE**

**CATEGORY ACCESS**

**EFFECTIVE DATE**

**TYPE**          Public          Non-Public

**POI/POR DATE**          -

**PERIOD COVERED**          -

**Notice of lifting
of Suspension Date**

**SHORT CASE NAME**

**COURT CASE #s**

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

**3rd Country CASE #s**

**RE:**

1.  In keeping with the World Trade Organization agreement on subsidies and countervailing measures, Commerce is instructing CBP to discontinue the suspension of liquidation of entries concerning the countervailing duty investigation of certain softwood lumber products from Canada effective 08/26/2017, which is 120 days after the date of publication of Commerce's preliminary determination.

2.  The products covered by this investigation are described in message 7024301 dated 01/24/2017. On 06/30/2017 and 08/11/2017, Commerce added the following HTS numbers to the scope: 4418.99.10.00; 4418.99.90.05; 4418.99.90.20; 4418.99.90.40; 4418.99.90.95; 4421.99.70.40; and 4421.99.97.80

3.  This investigation has been assigned investigation number C-122-858.

4.  CBP shall discontinue the suspension of liquidation for countervailing duty purposes on all shipments of subject merchandise entered, or withdrawn from warehouse, for consumption on or after 08/26/2017.  The suspension of liquidation will not be resumed unless and until the final affirmative determination on this case is published in the Federal Register by the ITC.  CBP shall continue to suspend liquidation on all shipments entered, or withdrawn from warehouse, for consumption made during the period 04/28/2017 through 08/25/2017 until the conclusion of the countervailing duty investigation.

For J.D. Irving, Limited, Miramichi Timber Holdings Limited, The New Brunswick Railway Company, Rothesay Paper Holdings Ltd., St. George Pulp & Paper Limited, and Irving Paper Limited, and all-other producers and/or exporters, because Commerce preliminarily determined that critical circumstances exist for imports of certain softwood lumber products from Canada from these entities, CBP shall continue to suspend liquidation on all shipments entered, or withdrawn from warehouse, for consumption made during the period 01/28/2017 through 08/25/2017 until the conclusion of the countervailing duty investigation.

5.  These discontinuation instructions do not affect the requirements of a cash deposit or bond on entries subject to the suspension of liquidation announced in Commerce's preliminary determination in the companion antidumping duty investigation of certain softwood lumber products from Canada.

6.  If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIII: PMT.)

7.  There are no restrictions on the release of this information.

Alexander Amdur