**Fraserview Remanufacturing Inc. v. United States *et al*
(Court No. 22-00244)**

# Exhibit 2
**Commerce Message No. 0079405 (March 19, 2020)**

| | | |
|---|---|---|
| **MESSAGE NO.** | **MESSAGE DATE** | |
| **STATUS** | **INACTIVATED DATE** | |
| **TYPE** | **FR CITE** | |
| **SUB-TYPE** | **FR DATE** | |
| **CATEGORY ACCESS** | **EFFECTIVE DATE** | |
| **TYPE**   Public   Non-Public | **POI/POR DATE** | - |
| **Notice of lifting of Suspension Date** | **PERIOD COVERED** | - |

**SHORT CASE NAME**

**COURT CASE #s**

**REF MESSAGE #s**

**PRINCIPAL CASE #s**

**3rd Country CASE #s**

**RE:**

1. Commerce has rescinded the administrative review of the antidumping duty order on Softwood Lumber from Canada (A-122-857) covering the period 06/30/2017 through 12/31/2018 in part.  You are to liquidate all entries for all firms except those listed in paragraph 3 and those liquidated pursuant to message 9114305, dated 4/24/2019, and assess antidumping duties on this merchandise entered, or withdrawn from warehouse, for consumption at the cash deposit rate in effect on the date of entry, unless paragraph 2 or 5 applies.

2. Entries for the period 12/27/2017 (first day provisional measures are no longer in effect) through 12/27/2017, should be liquidated without regard to duties.

3. Entries of merchandise of the firms listed below should not be liquidated until specific instructions are issued.  Continue to suspend liquidation of all entries of merchandise produced and/or exported by the listed firms entered, or withdrawn from warehouse, for consumption during the period 06/30/2017 through 12/31/2018:

Canfor Corporation/Canadian Forest Products Ltd./Canfor Wood Products Marketing Ltd.
Case Number:  A-122-857-001

Resolute Growth Canada Inc./Forest Products Mauricie LP, Socit en commandite Scierie Opitciwan/Resolute-LP Engineered Wood Larouche Inc./Resolute-LP
Engineered Wood St-Prime Limited Partnership/Resolute FP Canada Inc.
Case Number:  A-122-857-002

Tolko Industries Ltd./Tolko Marketing and Sales Ltd./Gilbert Smith Forest Products Ltd.
Case Number:  A-122-857-003

West Fraser Mills Ltd., Blue Ridge Lumber Inc./Manning Forest Products Ltd./ and Sundre Forest Products Inc.
Case Number:  A-122-857-004

No case number was in place during the period of review for the companies listed below. Entries may have been made under A-122-857-000 or other company-specific numbers.

1074712 BC Ltd.
5214875 Manitoba Ltd.
752615 B.C Ltd., Fraserview Remanufacturing Inc., d.b.a. Fraserview Cedar Products.
9224-5737 Qubec Inc. (aka A.G. Bois)
A.B. Cedar Shingle Inc.
Absolute Lumber Products Ltd.
AJ Forest Products Ltd.
Alberta Spruce Industries Ltd.
Aler Forest Products Ltd.

Alpa Lumber Mills Inc.
American Pacific Wood Products
Anbrook Industries Ltd.
Andersen Pacific Forest Products Ltd.
Anglo-American Cedar Products Ltd.
Antrim Cedar Corporation
Aquila Cedar Products Ltd.
Arbec Lumber Inc.
Aspen Planers Ltd.
B&L Forest Products Ltd.
B.B. Pallets Inc.
Babine Forest Products Limited
Bakerview Forest Products Inc.
Bardobec Inc.
Barrette-Chapais Ltee
BarretteWood Inc.
Benoît & Dionne Produits Forestiers Lte
Best Quality Cedar Products Ltd.
Blanchet Multi Concept Inc.
Blanchette & Blanchette Inc.
Bois Ais de Montral Inc.
Bois Bonsaï Inc.
Bois D'oeuvre Cedrico Inc. (a.k.a. Cedrico Lumber Inc.)
Bois Daaquam Inc.
Bois et Solutions Marketing SPEC Inc.
Boisaco
Boscus Canada Inc.
Boucher Bros. Lumber Ltd.
BPWood Ltd.
Bramwood Forest Inc.
Brunswick Valley Lumber Inc.
Busque & Laflamme Inc.
C&C Wood Products Ltd.
Caledonia Forest Products Inc.
Campbell River Shake & Shingle Co. Ltd.
Canadian American Forest Products Ltd.
Canadian Wood Products Inc.
Canusa cedar Inc.
Canyon Lumber Company Ltd.
Careau Bois Inc.
Carrier & Begin Inc.
Carrier Forest Products Ltd.

Carrier Lumber Ltd.
Cedar Valley Holdings Ltd.
Cedarline Industries Ltd.
Central Cedar Ltd.
Centurion Lumber Ltd.
Chaleur Sawmills LP
Channel-ex Trading Corporation
Clair Industrial Development Corp. Ltd.
Clermond Hamel Lte
Coast Clear Wood Ltd.
Coast Mountain Cedar Products Ltd.
Commonwealth Plywood Co. Ltd.
Comox Valley Shakes Ltd./ Comox Valley Shakes(2019) Ltd.
Conifex Fibre Marketing Inc.
Cowichan Lumber Ltd.
CS Manufacturing Inc., dba Cedarshed
CWP - Industriel Inc.
CWP - Montral Inc.
D & D Pallets Ltd.
Dakeryn Industries Ltd.
Decker Lake Forest Products Ltd.
Delco Forest Products Ltd.
Delta Cedar Specialties Ltd.
Devon Lumber Co. Ltd.
DH Manufacturing Inc.
Direct Cedar Supplies Ltd.
Doubletree Forest Products Ltd.
Downie Timber Ltd.
Dunkley Lumber Ltd.
EACOM Timber Corporation
East Fraser Fiber Co. Ltd.
Edgewood Forest Products Inc.
ER Probyn Export Ltd.
Eric Goguen & Sons Ltd.
Falcon Lumber Ltd.
Fontaine Inc.
Foothills Forest Products Inc.
Fornebu Lumber Co. Ltd.
Fraser Specialty Products Ltd.
Furtado Forest Products Ltd.
G & R Cedar Ltd.
Galloway Lumber Company Ltd.

Glandell Enterprises Inc.
Goat Lake Forest Products Ltd.
Goldband Shake & Shingle Ltd.
Golden Ears Shingle Ltd.
Goldwood Industries Ltd.
Goodfellow Inc.
Gorman Bros. Lumber Ltd.
Groupe Crete Chertsey
Groupe Crete division St-Faustin
Groupe Lebel Inc.
Groupe Lignarex Inc.
H.J. Crabbe & Sons Ltd.
Haida Forest Products Ltd.
Harry Freeman & Son Ltd.
Hornepayne Lumber LP
Imperial Cedar Products Ltd.
Imperial Shake Co. Ltd.
Independent Building Materials Dist.
Interfor Corporation
Island Cedar Products Ltd.
Ivor Forest Products Ltd.
J&G Log Works Ltd.
J.D. Irving, Limited
J.H. Huscroft Ltd.
Jan Woodland (2001) Inc.
Jhajj Lumber Corporation
Kalesnikoff Lumber Co. Ltd.
Kan Wood Ltd.
Kebois Ltee/Ltd.
Keystone Timber Ltd.
Kootenay Innovative Wood Ltd.
Lafontaine Lumber Inc.
Langevin Forest Products Inc.
Lecours Lumber Co. Limited
Ledwidge Lumber Co. Ltd.
Leisure Lumber Ltd.
Les Bois d'oeuvre Beaudoin Gauthier Inc.
Les Bois Martek Lumber
Les Bois Traits M.G. Inc.
Les Chantiers de Chibougamau Ltd.
Les Produits Forestiers D&G Lte
Leslie Forest Products Ltd.

Lignum Forest Products LLP
Linwood Homes Ltd.
Longlac Lumber Inc.
Lulumco Inc.
Magnum Forest Products Ltd.
Maibec Inc.
Manitou Forest Products Ltd.
Marcel Lauzon Inc.
Marwood Ltd.
Materiaux Blanchet Inc.
Matsqui Management and Consulting Services Ltd., dba Canadian Cedar Roofing Depot
Metrie Canada Ltd.
Mid Valley Lumber Specialties Ltd.
Midway Lumber Mills Ltd.
Mill & Timber Products Ltd.
Millar Western Forest Products Ltd.
Mobilier Rustique (Beauce) Inc.
MP Atlantic Wood Ltd.
Multicedre Ltee
Nakina Lumber Inc.
National Forest Products Ltd.
New Future Lumber Ltd.
Nicholson and Cates Ltd.
Norsask Forest Products Limited Partnership
North American Forest Products Ltd.
North Enderby Timber Ltd.
Olympic Industries Inc./Olympic Industries ULC
Pacific Coast Cedar Products Ltd.
Pacific Pallet Ltd.
Pacific Western Wood Works Ltd.
Parallel Wood Products Ltd.
Pat Power Forest Products Corporation
Phoenix Forest Products Inc.
Pine Ideas Ltd.
Pioneer Pallet & Lumber Ltd.
Porcupine Wood Products Ltd.
Power Wood Corp.
Precision Cedar Products Corp.
Prendiville Industries Ltd. (aka, Kenora Forest Products)
Produits Forestiers Petit Paris
Produits forestiers Temrex, s.e.c.
Produits Matra Inc.

Promobois G.D.S. Inc.
Rayonier A.M. Canada GP
Rembos Inc.
Rene Bernard Inc.
Richard Lutes Cedar Inc.
Rielly Industrial Lumber Inc.
Roland Boulanger & Cie Ltee
S & K Cedar Products Ltd.
S&R Sawmills Ltd.
S&W Forest Products Ltd.
San Industries Ltd.
Sawarne Lumber Co. Ltd.
Scierie Alexandre Lemay & Fils Inc.
Scierie StMichel Inc.
Scierie West Brome Inc.
Scotsburn Lumber Co. Ltd.
Sechoirs de Beauce Inc.
Serpentine Cedar Ltd.
Sexton Lumber Co. Ltd.
Sigurdson Forest Products Ltd.
Silvaris Corporation
Silver Creek Premium Products Ltd.
Sinclar Group Forest Products Ltd.
Skana Forest Products Ltd.
Skeena Sawmills Ltd.
Sound Spars Enterprise Ltd.
South Beach Trading Inc.
Specialiste du Bardeau de Cedre Inc. (SBC)
Spruceland Millworks Inc.
Surrey Cedar Ltd.
T.G. Wood Products Ltd.
Taan Forest Products
Taiga Building Products Ltd.
Tall Tree Lumber Company
Teal Cedar Products Ltd.
Tembec Inc.
Terminal Forest Products Ltd.
The Teal-Jones Group
The Wood Source Inc.
Trans-Pacific Trading Ltd.
Triad Forest Products Ltd.
Twin Rivers Paper Co. Inc.

Tyee Timber Products Ltd.
Universal Lumber Sales Ltd.
Usine Sartigan Inc.
Vaagen Fibre Canada, ULC
Valley Cedar 2 ULC
Vancouver Island Shingle Ltd.
Vancouver Specialty Cedar Products Ltd.
Visscher Lumber Inc.
W.I. Woodtone Industries Inc.
Waldun Forest Product Sales Ltd.
Watkins Sawmills Ltd.
West Bay Forest Products Ltd.
West Fraser Timber Co. Ltd.
West Wind Hardwood Inc.
Western Forest Products Inc.
Western Lumber Sales Limited
Western Wood Preservers Ltd.
Weston Forest Products Inc.
Westrend Exteriors Inc.
Weyerhaeuser Co.
White River Forest Products L.P.
Winton Homes Ltd.
Woodline Forest Products Ltd.
Woodstock Forest Products/Woodstock Forest Products Inc.
Woodtone Specialties Inc.
Yarrow Wood Ltd.

4. Notice of the lifting of suspension of liquidation of entries of subject merchandise covered by paragraph 1 occurred with the publication of the notice of rescission in part of administrative review (85 FR 7282, 02/07/2020). Unless instructed otherwise, for all other shipments of Softwood Lumber from Canada you shall continue to collect cash deposits of estimated antidumping/countervailing duties for the merchandise at the current rates.

5. There are no injunctions applicable to the entries covered by this instruction.

6. The assessment of antidumping duties by CBP on shipments or entries of this merchandise is subject to the provisions of section 778 of the Tariff Act of 1930, as amended. Section 778 requires that CBP pay interest on overpayments or assess interest on underpayments of the required amounts deposited as estimated antidumping duties. The interest provisions are not applicable to cash or bonds posted as estimated antidumping duties before the date of publication of the antidumping duty order. Interest shall be calculated from the date payment of estimated antidumping duties is required through the date of liquidation. The rate at which such interest is payable is the rate in effect under

section 6621 of the Internal Revenue Code of 1954 for such period.

7. Upon assessment of antidumping duties, CBP shall require that the importer provide a reimbursement statement, as described in section 351.402(f)(2) of Commerce's regulations. The importer should provide the reimbursement statement prior to liquidation of the entry. If the importer certifies that it has an agreement with the producer, seller, or exporter, to be reimbursed antidumping duties, CBP shall double the antidumping duties in accordance with the above-referenced regulation. Additionally, if the importer does not provide the reimbursement statement prior to liquidation, reimbursement shall be presumed and CBP shall double the antidumping duties due. If an importer timely files a protest challenging the presumption of reimbursement and doubling of duties, consistent with CBP's protest process, CBP may accept the reimbursement statement filed with the protest to rebut the presumption of reimbursement.

8. If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0223. CBP ports should submit their inquiries through authorized CBP channels only. (This message was generated by OIV:DP.)

9. There are no restrictions on the release of this information.

Alexander Amdur