**Fraserview Remanufacturing Inc. v. United States *et al***
**(Court No. 22-00244)**

# Exhibit 3
**Commerce Message No. 0083409 (March 23, 2020)**

| | | |
|---|---|---|
| **MESSAGE NO.** | **MESSAGE DATE** | |
| **STATUS** | **INACTIVATED DATE** | |
| **TYPE** | **FR CITE** | |
| **SUB-TYPE** | **FR DATE** | |
| **CATEGORY ACCESS** | **EFFECTIVE DATE** | |
| **TYPE**   Public   Non-Public | **POI/POR DATE** | - |
| **Notice of lifting of Suspension Date** | **PERIOD COVERED** | - |

**SHORT CASE NAME**


**COURT CASE #s**


**REF MESSAGE #s**


**PRINCIPAL CASE #s**


**3rd Country CASE #s**

**RE:**

1.  Commerce has rescinded the administrative review of the countervailing duty order on certain softwood lumber products from Canada (C-122-858) covering the period 04/28/2017 through 12/31/2018 in part.  You are to liquidate all entries for all firms except those listed in paragraph 3 and those liquidated pursuant to message 9113306, dated 04/23/2019, and assess countervailing duties on merchandise entered, or withdrawn from warehouse, for consumption at the cash deposit rate in effect on the date of entry, unless paragraph 2 or 5 applies.

2.  Entries for the period 08/26/2017 (first day provisional measures are no longer in effect) through 12/28/2017, should be liquidated without regard to duties.

3.  Entries of merchandise of the firms listed below should not be liquidated until specific instructions are issued.  Continue to suspend liquidation of all entries of merchandise produced and/or exported by the listed firms entered, or withdrawn from warehouse, for consumption during the period 04/28/2017 through 12/31/2018:

Company: Canfor Corporation, Canadian Forest Products, Ltd., and Canfor Wood Products Marketing, Ltd.
Case number: C-122-858-001

Company: J.D. Irving, Limited
Case number: C-122-858-002

Company: Resolute FP Canada Inc. and Resolute Forest Products Inc.
Case number: C-122-858-003

Company: Tolko Marketing and Sales Ltd., Tolko Industries Ltd., Meadow Lake OSB Limited Partnership
Case number: C-122-858-004

Company: West Fraser Mills Ltd. and West Fraser Timber Co. Ltd.
Case number: C-122-858-005

No case number was in place during the period of review for the companies listed below.  Entries may have been made under C-122-858-000 or other company-specific numbers.

Company: 1074712 BC Ltd.

Company: 5214875 Manitoba Ltd.

Company: 752615 B.C Ltd, Fraserview Remanufacturing Inc, DBA Fraserview Cedar Products

Company: 9224-5737 Qubec inc. (aka, A.G. Bois)

Company: A.B. Cedar Shingle Inc.

Company: Absolute Lumber Products, Ltd.

Company: AJ Forest Products Ltd.

Company: Alberta Spruce Industries Ltd.

Company: Aler Forest Products, Ltd.

Company: Alpa Lumber Mills Inc.

Company: American Pacific Wood Products

Company: Anbrook Industries Ltd.

Company: Andersen Pacific Forest Products Ltd.

Company: Anglo American Cedar Products Ltd.

Company: Anglo-American Cedar Products, LTD.

Company: Antrim Cedar Corporation

Company: Aquila Cedar Products, Ltd.

Company: Arbec Lumber Inc.

Company: Aspen Planers Ltd.

Company: B&L Forest Products Ltd

Company: B.B. Pallets Inc.

Company: Babine Forest Products Limited

Company: Bakerview Forest Products Inc.

Company: Bardobec Inc.

Company: BarretteWood Inc.

Company: Barrette-Chapais Ltee

Company: Benoît & Dionne Produits Forestiers Lte

Company: Best Quality Cedar Products Ltd.

Company: Blanchet Multi Concept Inc.

Company: Blanchette & Blanchette Inc.

Company: Bois Ais de Montral inc.

Company: Bois Bonsaï inc.

Company: Bois Daaquam inc.

Company: Bois D'oeuvre Cedrico Inc. (aka, Cedrico Lumber Inc.)

Company: Bois et Solutions Marketing SPEC, Inc.

Company: Boisaco

Company: Boscus Canada Inc.

Company: BPWood Ltd.

Company: Bramwood Forest Inc.

Company: Brunswick Valley Lumber Inc.

Company: Busque & Laflamme Inc.

Company: C&C Wood Products Ltd.

Company: Caledonia Forest Products Inc.

Company: Campbell River Shake & Shingle Co., Ltd.

Company: Canadian American Forest Products Ltd.

Company: Canadian Wood Products Inc.

Company: Canusa cedar inc.

Company: Canyon Lumber Company, Ltd.

Company: Careau Bois inc.

Company: Carrier & Begin Inc.

Company: Carrier Forest Products Ltd.

Company: Carrier Lumber Ltd.

Company: Cedar Valley Holdings Ltd.

Company: Cedarline Industries, Ltd.

Company: Central Cedar Ltd.

Company: Centurion Lumber, Ltd.

Company: Clair Industrial Development Corp. Ltd.

Company: Chaleur Sawmills LP

Company: Channel-ex Trading Corporation

Company: Clermond Hamel Lte

Company: Coast Clear Wood Ltd.

Company: Coast Mountain Cedar Products Ltd.

Company: Commonwealth Plywood Co. Ltd.

Company: Comox Valley Shakes Ltd.

Company: Conifex Fibre Marketing Inc.

Company: Cowichan Lumber Ltd.

Company: CS Manufacturing Inc., dba Cedarshed

Company: CWP - Industriel inc.

Company: CWP - Montral inc.

Company: D & D Pallets, Ltd.

Company: Dakeryn Industries Ltd.

Company: Decker Lake Forest Products Ltd.

Company: Delco Forest Products Ltd.

Company: Delta Cedar Specialties Ltd.

Company: Devon Lumber Co. Ltd.

Company: DH Manufacturing Inc.

Company: Direct Cedar Supplies Ltd.

Company: Doubletree Forest Products Ltd.

Company: Downie Timber Ltd.

Company: Dunkley Lumber Ltd.

Company: EACOM Timber Corporation

Company: East Fraser Fiber Co. Ltd.

Company: Edgewood Forest Products Inc.

Company: ER Probyn Export Ltd.

Company: Eric Goguen & Sons Ltd.

Company: Falcon Lumber Ltd.

Company: Foothills Forest Products Inc.

Company: Fornebu Lumber Co. Ltd.

Company: Fraser Specialty Products Ltd.

Company: Fraserview Cedar Products

Company: Furtado Forest Products Ltd.

Company: G & R Cedar Ltd.

Company: Galloway Lumber Company Ltd.

Company: Gilbert Smith Forest Products Ltd.

Company: Glandell Enterprises Inc.

Company: Goat Lake Forest Products Ltd.

Company: Goldband Shake & Shingle Ltd.

Company: Golden Ears Shingle Ltd.

Company: Goldwood Industries Ltd.

Company: Goodfellow Inc.

Company: Gorman Bros. Lumber Ltd.

Company: Groupe Crete Chertsey

Company: Groupe Crete division St-Faustin

Company: Groupe Lebel inc.

Company: Groupe Lignarex inc.

Company: H.J. Crabbe & Sons Ltd.

Company: Haida Forest Products Ltd.

Company: Harry Freeman & Son Ltd.

Company: Hornepayne Lumber LP

Company: Imperial Cedar Products, Ltd.

Company: Imperial Shake Co. Ltd.

Company: Independent Building Materials Dist.

Company: Interfor Corporation

Company: Island Cedar Products Ltd

Company: Ivor Forest Products Ltd.

Company: J&G Log Works Ltd.

Company: J.H. Huscroft Ltd.

Company: Jan Woodland (2001) inc.

Company: Jhajj Lumber Corporation

Company: Kalesnikoff Lumber Co. Ltd.

Company: Kan Wood, Ltd.

Company: Kebois Lte/Ltd

Company: Keystone Timber Ltd.

Company: Kootenay Innovative Wood Ltd.

Company: L'Atelier de Radaptation au travil de Beauce Inc.

Company: Lafontaine Lumber Inc.

Company: Langevin Forest Products Inc.

Company: Lecours Lumber Co. Limited

Company: Ledwidge Lumber Co. Ltd.

Company: Leisure Lumber Ltd.

Company: Les Bois d'oeuvre Beaudoin Gauthier inc.

Company: Les Bois Martek Lumber

Company: Les Bois Traits M.G. Inc.

Company: Les Chantiers de Chibougamau ltd.

Company: Leslie Forest Products Ltd.

Company: Lignum Forest Products LLP

Company: Linwood Homes Ltd.

Company: Longlac Lumber Inc.

Company: Lulumco inc.

Company: Magnum Forest Products, Ltd.

Company: Maibec inc.

Company: Manitou Forest Products Ltd.

Company: Marwood Ltd.

Company: Materiaux Blanchet Inc.

Company: Matsqui Management and Consulting Services Ltd., dba Canadian Cedar Roofing Depot

Company: Metrie Canada Ltd.

Company: Mid Valley Lumber Specialties, Ltd.

Company: Midway Lumber Mills Ltd.

Company: Mill & Timber Products Ltd.

Company: Millar Western Forest Products Ltd.

Company: MP Atlantic Wood Ltd.

Company: Multicedre Itee

Company: Nakina Lumber Inc.

Company: National Forest Products Ltd.

Company: New Future Lumber Ltd.

Company: Nicholson and Cates Ltd

Company: Norsask Forest Products Limited Partnership

Company: North American Forest Products Ltd. (located in Abbotsford, British Columbia)

Company: North Enderby Timber Ltd.

Company: Olympic Industries, Inc.

Company: Olympic Industries Inc-Reman Code

Company: Olympic Industries ULC

Company: Olympic Industries ULC-Reman

Company: Olympic Industries ULC-Reman Code

Company: Pacific Coast Cedar Products Ltd.

Company: Pacific Pallet, Ltd.

Company: Pacific Western Wood Works Ltd.

Company: Parallel Wood Products Ltd.

Company: Pat Power Forest Products Corporation

Company: Phoenix Forest Products Inc.

Company: Pine Ideas Ltd.

Company: Pioneer Pallet & Lumber Ltd

Company: Porcupine Wood Products Ltd.

Company: Power Wood Corp.

Company: Precision Cedar Products Corp.

Company: Prendiville Industries Ltd. (aka, Kenora Forest Products)

Company: Produits Forestiers Mauricie

Company: Produits Forestiers Petit Paris

Company: Produits forestiers Temrex, s.e.c.

Company: Produits Matra Inc.

Company: Promobois G.D.S. inc.

Company: Rayonier A.M. Canada GP

Company: Rembos Inc.

Company: Rene Bernard Inc.

Company: Richard Lutes Cedar Inc.

Company: Rielly Industrial Lumber Inc.

Company: S & K Cedar Products Ltd.

Company: S&R Sawmills Ltd

Company: S&W Forest Products Ltd.

Company: San Industries Ltd.

Company: Sawarne Lumber Co. Ltd.

Company: Scierie StMichel inc.

Company: Scierie West Brome Inc.

Company: Scotsburn Lumber Co. Ltd.

Company: Sechoirs de Beauce Inc.

Company: Serpentine Cedar Ltd.

Company: Serpentine Cedar Roofing Ltd.

Company: Sexton Lumber Co. Ltd.

Company: Sigurdson Forest Products Ltd.

Company: Silvaris Corporation

Company: Silver Creek Premium Products Ltd.

Company: Sinclar Group Forest Products Ltd.

Company: Skana Forest Products Ltd.

Company: Skeena Sawmills Ltd

Company: Sound Spars Enterprise Ltd.

Company: South Beach Trading Inc.

Company: Specialiste du Bardeau de Cedre Inc

Company: Spruceland Millworks Inc.

Company: Surrey Cedar Ltd.

Company: T.G. Wood Products, Ltd

Company: Taan Forest Products

Company: Taiga Building Products Ltd.

Company: Tall Tree Lumber Company

Company: Teal Cedar Products Ltd.

Company: Tembec Inc.

Company: Terminal Forest Products Ltd.

Company: The Teal-Jones Group

Company: The Wood Source Inc.

Company: Trans-Pacific Trading Ltd.

Company: Triad Forest Products Ltd.

Company: Twin Rivers Paper Co. Inc.

Company: Tyee Timber Products Ltd.

Company: Universal Lumber Sales Ltd.

Company: Usine Sartigan Inc.

Company: Vaagen Fibre Canada, ULC

Company: Valley Cedar 2 ULC

Company: Vancouver Island Shingle, Ltd.

Company: Vancouver Specialty Cedar Products Ltd.

Company: Visscher Lumber Inc

Company: W.I. Woodtone Industries Inc.

Company: Waldun Forest Product Sales Ltd.

Company: Watkins Sawmills Ltd.

Company: West Bay Forest Products Ltd.

Company: West Wind Hardwood Inc.

Company: Western Forest Products Inc.

Company: Western Lumber Sales Limited

Company: Western Wood Preservers Ltd.

Company: Weston Forest Products Inc.

Company: Westrend Exteriors Inc.

Company: Weyerhaeuser Co.

Company: White River Forest Products L.P.

Company: Winton Homes Ltd.

Company: Woodline Forest Products Ltd.

Company: Woodstock Forest Products

Company: Woodtone Specialties Inc.

Company: Yarrow Wood Ltd.

4.  Notice of the lifting of suspension of liquidation of entries of subject merchandise covered by paragraph 1 occurred with the publication of the notice of rescission in part of administrative review (85 FR 7273, 02/07/2020).  Unless instructed otherwise, for all other shipments of certain softwood lumber products from Canada you shall continue to collect cash deposits of estimated countervailing duties for the merchandise at the current rates.

5. The injunction with court number 19-00154 discussed in message number 9249303, dated 09/06/2019, is applicable to the entries produced and/or exported by Fontaine, Inc. during the period 4/28/2017 through 12/31/2018.  Accordingly, continue to suspend liquidation of such entries until liquidation instructions are issued.

6.  The assessment of countervailing duties by CBP on shipments or entries of this merchandise is subject to the provisions of section 778 of the Tariff Act of 1930, as amended.  Section 778 requires that CBP pay interest on overpayments or assess interest on underpayments of the required amounts deposited as estimated countervailing duties.  The interest provisions are not applicable to cash or bonds posted as estimated countervailing duties before the date of publication of the countervailing duty order.  Interest shall be calculated from the date payment of estimated countervailing duties is required through the date of liquidation.  The rate at which such interest is payable is the rate in effect under section 6621 of the Internal Revenue Code of 1954 for such period.

7.  If there are any questions by the importing public regarding this message, please contact the Call Center for the Office of AD/CVD Operations, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce at (202) 482-0984.  CBP ports should submit their inquiries through authorized CBP channels only.  (This message was generated by OIII: EB.)

8.  There are no restrictions on the release of this information.

Alexander Amdur