## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE TIMOTHY M. REIF

| | |
|---|---|
| FRASERVIEW REMANUFACTURING INC.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>UNITED STATES, *et al*,<br><br>　　　　　　Defendant. | Court No. 22-00244 |

## DECLARATION OF KATHY BRENSKE

　　　　KATHY BRENSKE declares and says:

　　　　1.　　I, KATHY BRENSKE, am an Import Specialist with the Industrial and Manufacturing Materials Center of Excellence and Expertise ("IMM Center") of the U.S. Customs and Border Protection ("CBP"). On November 5, 2012, I was hired by CBP as an import specialist. On March 4, 2018, I was promoted to Senior Import Specialist with the IMM Center. At some point thereafter, my title returned to Import Specialist due to agency-wide changes in employee titles. My office is currently located at 526 Water Street, Port Huron, Michigan 48060.

　　　　2.　　In my role as an Import Specialist, I review entries for items imported into the United States for compliance with applicable laws and regulations. This includes, but is not limited to, issues involving classification, valuation, and Other Government Agency ("OGA") import-related regulations. I am also a member of the IMM Center's antidumping duty ("AD") and countervailing duty ("CVD") duties team. The team carries out instructions issued by the Department of Commerce ("Commerce"), including liquidation of entries pursuant to message instructions from Commerce to CBP.

3. It is my understanding that Fraserview Remanufacturing, Inc. ("Fraserview") has filed an action in the United States Court of International Trade (Civil Action No. 22-00244) in connection with the decision by CBP that a set of 80 entries of softwood lumber that were imported into the United States had become liquidated by operation of law under 19 U.S.C. § 1504(d). These entries list "0752615BC LTD. FRASERVIEW REMANU" as the importer of record.

4. In connection with my role as an Import Specialist with the IMM Center, I am aware that, as a result of CBP's decision, CBP designated these entries as deemed liquidated and posted this designation in the ACE system and on CBP's Official Notice of Extension, Suspension, and Liquidation website.

5. CBP's Official Notice of Extension, Suspension, and Liquidation website is a publicly available website on which CBP provides public notice of liquidation actions for entry summaries filed with CBP. The website is available at https://aceservices.cbp.dhs.gov/LBNotice. To the best of my recollection, beginning in around 2017, CBP began providing public notice of liquidations on this website, rather than in a printed weekly bulletin.

6. Data posted to the Notice of Extension, Suspension, and Liquidation website is archived there for 15 months. Attachment 1 to this Declaration is a true and correct copy of data that were previously posted on the Notice of Extension, Suspension, and Liquidation website on September 2 and September 3, 2020 concerning the 80 entries at issue in this case. It is my understanding that the information contained in Attachment 1 was on the Notice of Extension, Suspension, and Liquidation website for the 15-month period following September 2 and September 3, 2020.

7.  Beginning in June 2021, I communicated by email with counsel for Fraserview regarding the 80 entries listed in Attachment 1, which had been entered into the United States in November and December 2017. Attachment 2 to this Declaration is a true and correct copy of that email exchange.

8.  In my exchange with Fraserview's counsel that is Attachment 2 to this Declaration, Fraserview's counsel also identified a set of over 800 entries made in 2019. A protest has been filed in connection with these entries. That protest has been suspended pending the resolution of a Binational United States-Mexico-Canada Agreement Panel. As a result of that protest, the liquidation of those 800 entries will remain non-final pending the appropriate instructions from Commerce.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2022

KATHY BRENSKE