# Brenske Declaration
# ATTACHMENT  1

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402119680 | 3004 | 11/10/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402120845 | 3403 | 11/15/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402121124 | 3009 | 11/08/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402121785 | 3009 | 11/09/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402123013 | 3403 | 11/15/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402123542 | 3004 | 11/12/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402123674 | 3009 | 11/10/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402123682 | 3009 | 11/10/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402124003 | 3403 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402124417 | 3403 | 11/18/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402124433 | 3403 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402124771 | 3004 | 11/13/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402124995 | 3009 | 11/14/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402127659 | 3009 | 11/15/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402127774 | 3009 | 11/15/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402128525 | 3403 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402128913 | 3403 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402128921 | 3009 | 11/15/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402129101 | 3403 | 11/22/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402129226 | 3009 | 11/16/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402129275 | 3403 | 11/22/2017 | 03 | 039 |

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402129341 | 3403 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402130042 | 3004 | 11/16/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402130513 | 3009 | 11/17/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402131156 | 3009 | 11/19/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402131446 | 3009 | 11/19/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402131586 | 3004 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402131628 | 3009 | 11/19/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402131701 | 3004 | 11/20/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402132824 | 3004 | 11/21/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402139373 | 3009 | 11/27/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402140371 | 3004 | 11/29/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402140389 | 3403 | 12/03/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402140678 | 3004 | 11/29/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402140686 | 3009 | 11/29/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402140884 | 3009 | 11/29/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402141007 | 3009 | 11/28/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402141940 | 3004 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402142237 | 3004 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402142443 | 3004 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402142468 | 3009 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402142492 | 3009 | 11/30/2017 | 03 | 039 |

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402143144 | 3009 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402143276 | 3004 | 12/01/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402143706 | 3009 | 11/30/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402144332 | 3004 | 12/01/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402144720 | 3009 | 12/04/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402144969 | 3004 | 12/04/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402145404 | 3009 | 12/04/2017 | 03 | 039 |
| 09/02/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402146931 | 3009 | 12/05/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402132923 | 3004 | 11/21/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402133467 | 3009 | 11/22/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402133590 | 3009 | 11/22/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402134242 | 3009 | 11/21/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402134267 | 3009 | 11/22/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402134366 | 3009 | 11/21/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135504 | 3009 | 11/22/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135512 | 3009 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135579 | 3004 | 11/25/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135595 | 3009 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135819 | 3004 | 11/25/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402135843 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136023 | 3009 | 11/27/2017 | 03 | 039 |

| Posted Date | Liquidation Date | Voided Date | Event Type | Basis | Action | Entry Number | Port of Entry | Entry Date | Entry Type | Team |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136635 | 3004 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136692 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136734 | 3004 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136809 | 3009 | 11/24/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136957 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402137021 | 3403 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402137237 | 3009 | 11/24/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402137427 | 3004 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402137443 | 3009 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402137880 | 3004 | 11/26/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402138714 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402138789 | 3009 | 11/28/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402138938 | 3004 | 11/28/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402139100 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402139282 | 3004 | 11/28/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402139324 | 3009 | 11/27/2017 | 03 | 039 |
| 09/03/2020 | 08/07/2020 | | Liquidated | Deemed Liquidation | No Change | SQ402136718 | 3009 | 11/24/2017 | 03 | 039 |