UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| FRASERVIEW REMANUFACTURING INC., | : |
| Plaintiff, | : |
| v. | Court No. 22-00244 |
| UNITED STATES, *et al.*, | : |
| Defendant. | : |

**RESPONSE TO COURT'S ORDER**

Defendants, the United States, *et al.* (the Government), respectfully submit this response to the Court's Order dated January 25, 2024 (ECF No. 29), in which the Court ordered that U.S. Customs and Border Protection (CBP) correct the liquidation status of plaintiff's entries in accordance with Commerce's original set of instructions, pending the outcome of any administrative proceedings or binational panel review, and that Customs file with the court the corrected liquidation status of plaintiff's entries within 90 days of the date of the order.

Pursuant to the Court's Order, the liquidation status for the entries at issue in this court action has been returned to suspended status, as evidenced by the status posted to the Official Bulletin Notice of Extension, Suspension, and Liquidation. *See* Declaration of Supervisory Import Specialist Nicholas Bishop and accompanying Attachment A (attached to this response).

Although the Government respectfully disagrees with the holding in *Fraserview Remanufacturing Inc. v. United States, et al.*, Civil Action No. 22-00244, Slip Op. 24-8 (Jan. 25, 2024), we comply with the Court's Order and reserve our right to appeal the judgment issued in this action.

>                             Respectfully submitted,
>
>                             BRIAN M. BOYNTON
>                             Principal Deputy Assistant Attorney General
>
>                             PATRICIA M. McCARTHY
>                             Director
>
>                    By:      /s/ Justin R. Miller
>                             JUSTIN R. Miller
>                             Attorney-In-Charge
>                             International Trade Field Office
>
>                             /s/ Mathias Rabinovitch

Of Counsel:                   MATHIAS RABINOVITCH

Sabahat Chaudhary             Trial Attorney
Office of the Assistant Chief Counsel   Department of Justice, Civil Division
International Trade Litigation   Commercial Litigation Branch
U.S. Customs and Border Protection   26 Federal Plaza, Suite 346
                              New York, New York 10278
                              (212) 264-0484
                              *Attorneys for defendants*

Dated: April 24, 2024