UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FRASERVIEW REMANUFACTURING INC.,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES, ET AL.,**<br><br>　　　　　　Defendants. | **Before: Timothy M. Reif, Judge**<br><br>**Court No. 22-00244** |

### JUDGMENT

This case having been submitted for decision, and defendants, in compliance with the court's Opinion of January 25, 2024, having corrected the liquidation status of plaintiff's entries; now in conformity with the court's Opinion, it is hereby

**ORDERED** that judgment is entered for plaintiff.

　　　　　　　　　　　　　　　　　　　　/s/     Timothy M. Reif
　　　　　　　　　　　　　　　　　　　　Timothy M. Reif, Judge

Dated: May 3, 2024
　　　　New York, New York