UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY M. REIF, JUDGE

_____

FRASERVIEW REMANUFACTURING INC.,

                        Plaintiff,

                                                      Court No. 22-00244

            v.

UNITED STATES, *et al.*,

                        Defendant.

_____

NOTICE OF APPEAL

Notice is hereby given that the United States, *et al.*, defendants in the above-captioned action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment (May 3, 2024), and Slip Opinion 24-8 (January 25, 2024), in this case.

                                      Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      PATRICIA M. McCARTHY
                                      Director

                      By:     /s/ Justin R. Miller
                              JUSTIN R. MILLER
                              Attorney-In-Charge
                              International Trade Field Office

                              /s/ Mathias Rabinovitch
                              MATHIAS RABINOVITCH
                              Trial Attorney
                              Department of Justice, Civil Division
                              Commercial Litigation Branch
                              26 Federal Plaza, Room 346
                              New York, New York 10278
                              Tel. (212) 264-0484
Date: July 1, 2024               *Attorneys for Defendants*